**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                                   Case No. 3:03cr140/RV

**SCOTT ANDREW CARSTENS**
_____/

## ORDER REDUCING SENTENCE

      Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 414) The Government has certified defendant Carstens's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

      Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Carstens's sentence and judgment entered herein on April 19, 2004, is hereby amended and his sentence of imprisonment is reduced from a term of twenty-four months to a term of twenty months and twenty-three days. In all other respects, the defendant's judgment of April 19, 2004 (doc. 269), remains in full force and effect.

      DONE AND ORDERED this 15th day of August, 2005.

                                       /s/ *Roger Vinson*
                                       **ROGER VINSON**
                                       **Senior U.S. District Judge**