NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                Crim. No. 3:03CR140/RV

SCOTT ANDREW CARSTENS

On December 1, 2005, the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Scott Andrew Carstens be discharged from Supervised Release.

Respectfully submitted,

Brian S. Davis
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

Date this ___13___ day of ___Dec___, 20_06_.

Honorable Roger Vinson
Senior United States District Judge

OFFICE OF CLERK

06 DEC 13 PH 2: 54

FILED